IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL E. CROMEANS a/k/a MICHAEL )<br>CROMEANS, DIANA K. CROMEANS a/k/a )<br>DIANA CROMEANS, BANK OF AMERICA, )<br>N.A., UNITED STATE OF AMERICA, )<br>CITIBANK USA, NA f/k/a CITIBANK (SOUTH )<br>DAKOTA) N.A., MIDLAND FUNDING LLC, )<br>UNKNOWN OWNERS and NONRECORD )<br>CLAIMANTS, )<br>)<br>    Defendants. ) | No. 11-cv-546-JPG-PMF |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of voluntary dismissal without prejudice (Doc. 50) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  September 11, 2012**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **United States District Judge**